No. 359. WESTERN ELECTRIC SUPPLY COMPANY, PLAINTIFF IN ERROR, *v.* ABBEVILLE ELECTRIC LIGHT AND POWER COMPANY. · In error to the Supreme Court of the State of South Carolina. July 15, 1903. Docketed and dismissed on motion of *Mr. W. N. Graydon* for defendant in error. No counsel opposing.

---

No. 130. UNION PACIFIC RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* THE COLORADO POSTAL TELEGRAPH-CABLE COMPANY. In error to the Supreme Court of the State of Colorado. August 31, 1903. Dismissed pursuant to the 28th rule. *Mr. Winslow S. Pierce, Mr. Willard Teller* and *Mr. W. R. Kelly* for plaintiff in error. *Mr. J. R. McIntosh* for defendant in error.